NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRACY PYLE,**
*Petitioner,*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent.*

---

2012-8001

---

On petition for review of a decision of the Bureau of Justice Assistance in PSOB claim no. 2009-DIS-042.

---

**JUDGMENT**

---

JAMES W. KILBOURNE, JR., The Dungan Law Firm, P.A., of Asheville, North Carolina, argued for the petitioner.

DEVIN A. WOLAK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the respondent. With him on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director. Of counsel was RAFAEL A. MADAN, General Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, AND WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11,2012      /s/ Jan Horbaly

Date      Jan Horbaly

Clerk